[No. 1815–3. Division Three. April 11, 1977.]

SHARRON COOK, *Respondent,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 12943, Patrick McCabe, J., entered January 9,

1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.